UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANDREE BLACK, # 193803, | |
| Petitioner, | Case No. 1:14-cv-22 |
| v. | Honorable Paul L. Maloney |
| LLOYD RAPELJE, | |
| Respondent. | |

# **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.

Dated:  February 23, 2017          /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge